# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHNSON CONTROLS TECHNOLOGY COMPANY and AIR DISTRIBUTION TECHNOLOGIES IP, LLC <br><br> Plaintiffs, <br><br> v. <br><br> PRICE INDUSTRIES INC. and PRICE INDUSTRIES LIMITED <br><br> Defendants. | Civil Action No. <br>   1:20-CV-03692-LMM <br><br> DEMAND FOR JURY TRIAL |

## **UNOPPOSED MOTION TO AMEND COMPLAINT**

Pursuant to Federal Rule 15 and Local Rule 7.1(A)(2), Plaintiffs respectfully move for leave to amend their complaint. *See* Proposed Second Amended Complaint (Ex. 1). Defendants do not oppose this motion.

Procedurally, there is a 30-day deadline after the filing of the Joint Preliminary Report and Discovery Plan to amend pleadings. *See* ECF No. 21 at 6–7 ("Amendments to the pleadings submitted LATER THAN THIRTY DAYS after the Joint Preliminary Report and Discovery Plan is filed, or should have been filed, will not be accepted for filing, unless otherwise permitted by law."). This motion is timely because it was filed just 9 days after the Joint Preliminary Report and Discovery Plan (ECF No. 21).

Substantively, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, Defendants (the opposing party) have given written consent (*see* Ex. 2) and there is good cause to amend.

Timely amendments allow for resolution of all disputes between the parties in one lawsuit. The Second Amended Complaint adds allegations of infringement of a patent that issued less than a month ago on December 22, 2020. *See* Ex. 3 (redline of complaint); Ex. 1-E (new patent). Last week, Plaintiffs informed Defendants of the plan to add the new patent, sent Defendants a copy of the new patent, identified the accused products, and even sent Defendants an infringement claim chart. *See* Ex. 2; ECF No. 21 at 6 ("Plaintiffs may move to amend its Complaint to add additional counts of infringement of a patent issued after the filing of the Complaint.").

There is also no prejudice to Defendants. Fact discovery has just begun, and the parties served initial requests last week. Furthermore, the parties agree that the existing requests cover the new patent and newly accused products, thus avoiding delays and expenses associated with new discovery requests.

For these reasons, Plaintiffs respectfully request entry of the Proposed Second Amended Complaint (Ex. 1).

Dated: January 20, 2021

Of Counsel:

Janine A. Carlan (*pro hac vice*)
Bradford C. Frese  (*pro hac vice*)
Taniel Anderson (*pro hac vice*)
Gary A. Coad (*pro hac vice*)
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
Ph: 202.857.6000
Fax: 202.857.6395
janine.carlan@arentfox.com
bradford.frese@arentfox.com
taniel.anderson@arentfox.com
gary.coad@arentfox.com

Respectfully submitted,

*/s/ Jill Deutchman*

Jill Deutchman
Deutchman Law, LLC
3340 Peachtree Rd. NE, Suite 2570
Atlanta, GA 30326
Ph: 404.994.4944
jill@deutchmanlaw.com

*Attorneys for Plaintiffs Johnson Controls Technology Company and Air Distribution Technologies IP, LLC*