## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHNSON CONTROLS TECHNOLOGY COMPANY and AIR DISTRIBUTION TECHNOLOGIES IP, LLC<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PRICE INDUSTRIES INC. and PRICE INDUSTRIES LIMITED<br><br>　　　　Defendants. | Civil Action No.<br>1:20-cv-03692-LMM |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Patent Rule 6.3, Plaintiffs Johnson Controls Technology Company and Air Distribution Technologies IP (collectively, "JCTC" or "Plaintiffs") and Defendants Price Industries Inc. and Price Industries Limited (collectively, "Price" or "Defendants") hereby provide the following joint claim construction statement:

1. There are 20 disputed terms across five patents. Attached as Exhibit A are the parties' proposed construction of each term, with supporting evidence.

2. <u>JCTC's position on length of the hearing</u>: JCTC requests 3 hours for the claim construction hearing, time equally allocated between Plaintiffs and Defendants.

   <u>Price's position on length of the hearing</u>: Defendants request 7.5 hours for the hearing, allocated equally to each side, which will allow for an average of 45 minutes to each side for each of the five unrelated patents.

3. No party intends to call witnesses at the claim construction hearing. Attached as Exhibit B is a declaration of Plaintiffs' expert, Dr. Sherman. Attached as Exhibit C is a summary of opinions from Defendants' expert, Dr. Glezer.

| | |
|---|---|
| Dated: June 21, 2021 | Respectfully submitted, |
| Of Counsel: | /s/ *Jill Deutchman* |
| Janine A. Carlan (*pro hac vice*)<br>Bradford C. Frese (*pro hac vice*)<br>Taniel Anderson (*pro hac vice*)<br>Gary A. Coad (*pro hac vice*)<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20006-5344<br>Ph: 202.857.6000<br>Fax: 202.857.6395<br>janine.carlan@arentfox.com<br>bradford.frese@arentfox.com<br>taniel.anderson@arentfox.com<br>gary.coad@arentfox.com | Jill Deutchman<br>Deutchman Law, LLC<br>3340 Peachtree Rd. NE, Suite 2570<br>Atlanta, GA 30326<br>Ph: 404.994.4944<br>jill@deutchmanlaw.com<br><br>*Attorneys for Plaintiffs Johnson Controls Technology Company and Air Distribution Technologies IP, LLC* |
| | /s/ *William F. Long*<br>William F. Long<br>Georgia Bar No. 457490<br>Dale Lischer<br>Georgia Bar No. 452027<br>SMITH, GAMBRELL & RUSSELL LLP<br>1230 Peachtree Street NE<br>Promenade, Suite 3100<br>Atlanta, Georgia 30309<br>Telephone:  (404) 815-3500<br>Facsimile:  (404) 685-6859<br>blong@sgrlaw.com<br><br>*Attorneys for Defendants Price Industries Inc. and Price Industries Limited* |